IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**UNITED STATES OF AMERICA,**  )
       Plaintiff,  )
  )
vs.  )  Case No. **2:09-CR-20055-RTD**
  )
**DOUGLAS GENE MAYO,**  )
       Defendant.  )

## ORDER

On June 10, 2011, the United States Court of Appeals for the Eighth Circuit affirmed in part and reversed in part a portion of the sentence imposed by this court on April 16, 2010. Specifically, the appellate court determined that the language used in one of the conditions of supervised release was not "sufficiently precise . . . ," and accordingly vacated Special Condition Six. That condition originally read:

> The defendant is prohibited from possessing or accessing any computer or computer enabled equipment.

To address the concerns of the Court of Appeals, the court now ORDERS the original text of Special Condition Six be replaced with the following:

> Except for the purposes of employment and with prior written approval of the U.S. Probation Officer, defendant shall not possess, use, or have access to a computer or any other electronic device that has internet or photography capabilities.

It is further noted that this language is narrowly tailored to advance the directives of 18 U.S.C. § 3553(a) and is supported by the following particularized findings:

~ the defendant used a computer to make contact with a person he believed to be a 15-year-old girl;

~ the defendant, using an instant messenger program via a computer, communicated with this person numerous times; those communications

included sexually explicit comments and the transfer of a graphic pornographic image from the defendant to this person;

~ the defendant used this messenger program to propose a meeting with this person, and that advised he would travel from Oklahoma to Arkansas to meet this person when she would be home alone.

Both the United States and the defendant are in agreement with the changes to Special Condition Six.  Further, the defendant has waived his appearance in regard to this modification of his sentence.

WHEREFORE, It is hereby ORDERED that Special Condition Six be modified as stated above, and that an Amended Judgment in a Criminal Case be prepared to reflect this modification.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Hon. Robert T. Dawson
United States District Judge

Entered: October 25, 2011_____